_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:19-cv-00204-JLS (KESx)                                Date: July 29, 2019
Title: Nehemiah Kong v. Paradigm 20815 Sherman Way, LLC, et al.
_____

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

  Terry Guerrero                                                N/A
  Deputy Clerk                                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

    Not Present                                      Not Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER TO SHOW CAUSE ("OSC") REGARDING JOINT STATUS REPORT**

    On March 18, 2019, the Court issued an Order Granting Application for Stay and Early Mediation: ADA Disability Access Litigation that directed the parties to file a Joint Status Report no later than 7 days after completion of the ADR mediation. (*See* Doc. 13). To date, the Court has not received a Joint Status Report filed by the parties.

    Accordingly, counsel is hereby ordered to show cause in writing no later than **August 5, 2019**, why this case should not be dismissed and/or issue sanctions for failure to comply with this Court's order. The Court will consider either the filing of a Notice of Settlement or a Stipulation of Dismissal, on or before the date upon which the response is due as a satisfactory response to the Order to Show Cause.

                                                                                     Initials of Preparer: tg